NATIONAL CASH REGISTER CO. v. KAUFMAN et al.

(Supreme Court, Appellate Term.   June, 1910.)

PAYMENT (§ 74*)—EVIDENCE—SUFFICIENCY—RECEIPT.

In an action to foreclose a lien on personalty for nonpayment of an installment of the purchase price, evidence *held* to show payment, in view of the production of formal written receipt acknowledging payment.

[Ed. Note.—For other cases, see Payment, Cent. Dig. § 226; Dec. Dig. § 74.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by the National Cash Register Company against Isidor Kaufman and another.   From a judgment for plaintiff, defendants appeal.   Reversed, and new trial ordered.

Argued before SEABURY, GUY, and BIJUR, JJ.

Harvey C. Price, for appellants.

Perkins & Butler, for respondent.

BIJUR, J.   This action was brought to foreclose a lien upon a cash register, on the ground that defendants had not paid one installment of $7.50.   Plaintiff's theory and evidence were all to the effect that defendants had not paid the third installment.   Defendants, however, produced the formal written receipt of the plaintiff for that payment. Plaintiff's evidence in rebuttal is vague, confused, and manifestly based on data which on the trial were shown to be inexact.

Judgment reversed, and new trial ordered, with costs to appellants to abide the event.   All concur.